# Court of Appeals
# of the State of Georgia

ATLANTA,____April 24, 2014_____

*The Court of Appeals hereby passes the following order:*

## A14A1440. ANNIE CARR-MACARTHUR v. CHRISTOPHER CARR.

Christopher Carr filed a petition against his ex-wife to modify the child custody, child support, and alimony provisions that were established in the parties' 2009 divorce decree. The trial court granted the petition, changing child custody and support, and terminating Carr's obligation to pay alimony. Annie Carr filed a motion for new trial, and then a direct appeal to this Court when her motion for new trial was denied. Jurisdiction, however, is not proper in this Court.

Under the Georgia Constitution of 1983, Art. VI, Sec. VI, Par. III (6), the Supreme Court has appellate jurisdiction over "[a]ll divorce and alimony cases." The Supreme Court has made it clear that it has jurisdiction over appeals involving child custody as long as "the appeal also involves a judgment for divorce and alimony." See *Ashburn v. Baker*, 256 Ga. 507, 508 (1) (350 SE2d 437) (1986). The present case involves termination of an obligation to pay alimony established in conjunction with a divorce decree. In addition, when the obligation to pay child support arises from a prior divorce proceeding, child support is a form of alimony, and jurisdiction over actions to modify a divorce decree's child support provisions, therefore, lies in the Supreme Court. See *Spurlock v. Dept. of Human Resources*, 286 Ga. 512, 513 (1) (690 SE2d 378) (2010); *Jones v. Jones*, 280 Ga. 712, 715-716 (2) (632 SE2d 121) (2006). Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,* <u>04/24/2014</u>
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*